THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* BARRY CRAFT, Defendant-Appellant.

(No. 56810;

First District—October 26, 1972.

Opinion by Mr. PRESIDING JUSTICE McGLOON.

Patrick A. Tuite, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Mark T. Zubor, Assistant State's Attorneys, of counsel,) for the People.